RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone:   510-763-9967
Facsimile:    510-272-0711
pollockesq@aol.com

Attorney for Defendant
COREY WALKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>COREY WALKER,<br><br>         Defendant.<br>_____/ | CR. 12-00495-SBA (RMR)<br><br>**AMENDED STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**<br>_____ |

Defendant Corey Walker, by and through his counsel of record Randy Sue Pollock, and Assistant U.S. Attorney James Mann, hereby stipulate and agree that the date for the status conference in this case be continued from April 29, 2013 to July 15, 2013. It is anticipated that a plea of guilty will be entered at the next court date.

///

///

///

///

1  This is continuance is necessary because Mr. Walker's wife is pregnant and may
2  deliver their child at the end of June. She is a high-risk pregnancy due to her diabetes.
3  She will keep me updated on her medical condition.
4  Both counsel further agree and stipulate that time should be excluded from April
5  29, 2013 to July 15, 2013, and request a finding that the ends of justice served by the
6  continuance outweigh the best interests of the public and the defendant in a speedy trial.
7  18 U.S.C. Section 3161(h)(7)(A). Failure to grant this continuance would unreasonably
8  deny the defendant the reasonable time necessary for effective preparation of counsel,
9  taking into account the exercise of due diligence. 18 U.S.C. Section 3161(h)(7)(B)(iv).

Date: April 24, 2013
_____/s/_____
Randy Sue Pollock
Counsel for Defendant
Corey Walker

Date: April 24, 2013
_____/s/_____
James Mann
Assistant United States Attorney

**SO ORDERED:**

May 1, 2013
_____
DONNA M. RYU
United States Magistrate Judge