RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: 510-763-9967
Facsimile:  510-272-0711
pollockesq@aol.com

Attorney for Defendant
COREY WALKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

—oOo—

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>COREY WALKER,<br><br>             Defendant.<br>_____/ | CR. 12-00495-SBA (KAW)<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE** |

Defendant Corey Walker, by and through his counsel of record Randy Sue Pollock, and Assistant U.S. Attorney James Mann, hereby stipulate and agree that the date for the status conference in this case be continued from July 15, 2013 to August 28, 2013. Mr. Walker will enter a plea of guilty on that date and be remanded into custody.

///

///

///

///

///

1  Both counsel further agree and stipulate that time should be excluded from July 15,
2  2013 to August 28, 2013 and request a finding that the ends of justice served by the
3  continuance outweigh the best interests of the public and the defendant in a speedy trial.
4  18 U.S.C. Section 3161(h)(7)(A).  Failure to grant this continuance would unreasonably
5  deny the defendant the reasonable time necessary for effective preparation of counsel,
6  taking into account the exercise of due diligence.  18 U.S.C. Section 3161(h)(7)(B)(iv).

Date:  June 30, 2013

        /s/
Randy Sue Pollock
Counsel for Defendant
Corey Walker

Date:  June 30, 2013

        /s/
James Mann
Assistant United States Attorney

**SO ORDERED:**

July 12, 2013

KANDIS A. WESTMORE
United States Magistrate Judge