UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-12-00495 SBA (DMR) |
| Plaintiff, | ) | AMENDED REPORT AND |
| v. | ) | RECOMMENDATION |
| | ) | REGARDING GUILTY PLEA |
| COREY WALKER, | ) | |
| Defendant. | ) | |

The Report and Recommendation Regarding Guilty Plea filed on August 28, 2013 is hereby amended as follows:

The magistrate judge recommends to the district judge that it accept defendant Corey Walker's guilty plea entered in open court on August 28, 2013. Specifically, the defendant pleaded guilty pursuant to a written plea agreement to count twenty-six of the indictment charging a violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 860 (possession with intent to distribute and distribution of heroin ~~and cocaine~~ within 1000 feet of a school). The magistrate judge makes the following findings:

1. On the hearing date set forth above, with the assistance of counsel, the defendant waived his right to enter his guilty plea before a district judge and instead consented to enter his plea in a hearing in magistrate court. Specifically, the magistrate judge advised him that he had a right to plead guilty in district court and that under 28 U.S.C. § 636(b) and Federal Rule of Criminal

1  Procedure 59, he could waive that right and consent to enter his plea in a plea hearing in magistrate
2  court. The magistrate judge also advised him that it would issue a written report recommending that
3  the district judge accept the guilty plea, that the district judge would review that recommendation
4  and determine whether to accept the guilty plea, and that the district judge and not the magistrate
5  judge would sentence him. The magistrate judge also advised him of the procedures (also set forth
6  at the end of this recommendation) for challenging the magistrate judge's recommendation. The
7  defendant then waived his right to proceed in district court in open court and in writing and
8  consented to the magistrate judge's conducting the plea hearing.

9  2. The magistrate judge conducted a full plea hearing in the manner set forth in Federal Rule
10 of Criminal Procedure 11. In particular, the magistrate judge reviewed, and the defendant
11 acknowledged that he understood, the following: (a) the nature of each charge and the maximum
12 penalties, as set forth in Fed. R. Crim. P. 11(b)(1) (G)-(L); (b) the effect of the advisory Sentencing
13 Guidelines and 18 U.S.C. § 3553(a), *see* Fed. R. Crim. P. 11(b)(1)(M); and (c) the rights he was
14 waiving by pleading guilty, *see* Fed. R. Crim. P. 11(b)(1) (A)-(F). The magistrate judge also
15 determined that there was a factual basis for the guilty plea. *See* Fed. R. Crim. P. 11(b)(3).

16 3. The magistrate judge also addressed the defendant personally in open court, and
17 determined that the plea was voluntary and did not result from force, threats, or promises. *See* Fed.
18 R. Crim. P. 11(b)(2).

19 4. After the advisements set forth in Rule 11, and summarized here, the defendant pleaded
20 guilty as summarized above. The magistrate judge found that he was fully competent and capable of
21 entering an informed plea, that he was aware of the nature of the charges and the consequences of
22 the guilty plea, and that the guilty plea was knowing and voluntary and supported by an independent
23 factual basis. This court thus recommends to the district judge that it accept the defendant's guilty
24 plea.

25 5. Any party may serve and file specific written objections within fourteen days after being
26 served with a copy of this order. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59. Failure to file
27 objections within the specified time may waive a party's right to review. *See* Fed. R. Crim. P. 59(b).
28

REPORT AND RECOMMENDATION
CR 12-00495 SBA (DMR)                            2

     6.  This court set the matter for further proceedings before the district court on December 3, 2013, at 10:00 a.m. in Department 1 of this court, Judge Saundra Brown Armstrong presiding.

     IT IS SO RECOMMENDED.

Dated:  April 23, 2014

_____
DONNA M. RYU
United States Magistrate Judge

REPORT AND RECOMMENDATION
CR 12-00495 SBA (DMR)                 3